United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3238EA

_____

| | | |
|---|---|---|
| James D. Walker, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Marvin T. Runyon, Jr., Postmaster | * | |
| General, United States Postal Service, | * | |
| Agency, | * | |
| | * | Appeal from the United States |
| Appellee. | * | District Court for the Eastern |
| _____ | * | District of Arkansas. |
| | * | |
| James D. Walker, | * | [UNPUBLISHED] |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Marvin T. Runyon, Jr., Postmaster | * | |
| General of the United States Postal | * | |
| Service, Agency, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: April 7, 1998
Filed: April 9, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

———————

PER CURIAM.

James D. Walker appeals the district court's adverse grant of summary judgment in Walker's employment discrimination lawsuit. After careful review of the record and the parties' briefs, we conclude that no error of fact or law appears and that an opinion would lack precedential value. We thus affirm the district court without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.